**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

<u>Northern</u> District of <u>GA</u>

Case number (*If known*): _____

Chapter you are filing under:
- ☑ Chapter 7
- ☐ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13

FILED IN CLERK'S OFFICE
U.S. BANKRUPTCY COURT
NORTHERN DISTRICT
OF GEORGIA

2022 JAN 10 PM 1:13

M. REGINA THOMAS
CLERK

BY_____ DEPUTY CLERK

☐ Check if this is an amended filing

Official Form 101

**22-40028**

# Voluntary Petition for Individuals Filing for Bankruptcy

04/20

The bankruptcy forms use *you* and *Debtor 1* to refer to a debtor filing alone. A married couple may file a bankruptcy case together—called a *joint case*—and in joint cases, these forms use *you* to ask for information from both debtors. For example, if a form asks, "Do you own a car," the answer would be *yes* if either debtor owns a car. When information is needed about the spouses separately, the form uses *Debtor 1* and *Debtor 2* to distinguish between them. In joint cases, one of the spouses must report information as *Debtor 1* and the other as *Debtor 2*. The same person must be *Debtor 1* in all of the forms.

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

## Part 1: Identify Yourself

| | | About Debtor 1: | About Debtor 2 (Spouse Only in a Joint Case): |
|---|---|---|---|
| 1. | **Your full name** Write the name that is on your government-issued picture identification (for example, your driver's license or passport). Bring your picture identification to your meeting with the trustee. | Stacey<br>First name<br>Janine<br>Middle name<br>Edmonds<br>Last name<br>_____<br>Suffix (Sr., Jr., II, III) | _____<br>First name<br>_____<br>Middle name<br>_____<br>Last name<br>_____<br>Suffix (Sr., Jr., II, III) |
| 2. | **All other names you have used in the last 8 years** Include your married or maiden names. | Stacey<br>First name<br>Janine<br>Middle name<br>Ragland<br>Last name<br>Stacey<br>First name<br>Janine<br>Middle name<br>Witt<br>Last name<br>Stacey<br>Janine<br>Williams | _____<br>First name<br>_____<br>Middle name<br>_____<br>Last name<br>_____<br>First name<br>_____<br>Middle name<br>_____<br>Last name |
| 3. | **Only the last 4 digits of your Social Security number or federal Individual Taxpayer Identification number (ITIN)** | xxx – xx – 4 9 6 9<br>OR<br>9 xx – xx – ___ ___ ___ | xxx – xx – ___ ___ ___ ___<br>OR<br>9 xx – xx – ___ ___ ___ |

Debtor 1  *Stacey Janine Edmonds*
First Name    Middle Name    Last Name

Case number (*if known*)_____

| | About Debtor 1: | About Debtor 2 (Spouse Only in a Joint Case): |
|---|---|---|

**4.** **Any business names and Employer Identification Numbers (EIN) you have used in the last 8 years**

Include trade names and *doing business as* names

☐ I have not used any business names or EINs.

Queen Tax & Legal Preparation Services LLC
Business name

_____
Business name

85 - 1 6 5 2 4 3 2
EIN

___ - ___ ___ ___ ___ ___ ___ ___
EIN

☐ I have not used any business names or EINs.

_____
Business name

_____
Business name

___ ___ - ___ ___ ___ ___ ___ ___ ___
EIN

___ ___ - ___ ___ ___ ___ ___ ___ ___
EIN

**5.** **Where you live**

5    Penny Lane
Number    Street

_____

Cartersville GA 30120
City    State    ZIP Code

Bartow
County

**If your mailing address is different from the one above, fill it in here.** Note that the court will send any notices to you at this mailing address.

_____
Number    Street

PO Box 753
P.O. Box

Cartersville GA 30120
City    State    ZIP Code

**If Debtor 2 lives at a different address:**

_____
Number    Street

_____

_____
City    State    ZIP Code

_____
County

**If Debtor 2's mailing address is different from yours, fill it in here.** Note that the court will send any notices to this mailing address.

_____
Number    Street

_____
P.O. Box

_____
City    State    ZIP Code

**6.** **Why you are choosing *this district* to file for bankruptcy**

*Check one:*

☑ Over the last 180 days before filing this petition, I have lived in this district longer than in any other district.

☐ I have another reason. Explain.
(See 28 U.S.C. § 1408.)

_____
_____
_____
_____

*Check one:*

☐ Over the last 180 days before filing this petition, I have lived in this district longer than in any other district.

☐ I have another reason. Explain.
(See 28 U.S.C. § 1408.)

_____
_____
_____
_____

Debtor 1  Staccy Janine Edmonds                    Case number (if known)_____
          First Name   Middle Name   Last Name

---

## Part 2:  Tell the Court About Your Bankruptcy Case

**7.  The chapter of the Bankruptcy Code you are choosing to file under**

Check one. (For a brief description of each, see Notice Required by 11 U.S.C. § 342(b) for Individuals Filing for Bankruptcy (Form 2010)). Also, go to the top of page 1 and check the appropriate box.

- ☑ Chapter 7
- ☐ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13

**8.  How you will pay the fee**

- ☐ **I will pay the entire fee when I file my petition.** Please check with the clerk's office in your local court for more details about how you may pay. Typically, if you are paying the fee yourself, you may pay with cash, cashier's check, or money order. If your attorney is submitting your payment on your behalf, your attorney may pay with a credit card or check with a pre-printed address.

- ☐ **I need to pay the fee in installments.** If you choose this option, sign and attach the Application for Individuals to Pay The Filing Fee in Installments (Official Form 103A).

- ☑ **I request that my fee be waived** (You may request this option only if you are filing for Chapter 7. By law, a judge may, but is not required to, waive your fee, and may do so only if your income is less than 150% of the official poverty line that applies to your family size and you are unable to pay the fee in installments). If you choose this option, you must fill out the Application to Have the Chapter 7 Filing Fee Waived (Official Form 103B) and file it with your petition.

**9.  Have you filed for bankruptcy within the last 8 years?**

- ☐ No
- ☑ Yes.  District GANBKE  When 10/26/2021  Case number 21-41297
                                    MM / DD / YYYY
           District GANBKE  When 08/06/2020  Case number 4:20-bk-41277
                                    MM / DD / YYYY
           District GANBKE  When 09/30/2019  Case number 4:19-bk-42286
                                    MM / DD / YYYY
           See Attachment.

**10.  Are any bankruptcy cases pending or being filed by a spouse who is not filing this case with you, or by a business partner, or by an affiliate?**

- ☐ No
- ☑ Yes.  Debtor Staccy Janine Edmonds  Relationship to you Self
           District Northern  When 10/26/2021  Case number, if known 21-41297
                                    MM / DD / YYYY
           Case is being dismissed due to loss of employment.

           Debtor _____  Relationship to you _____
           District _____  When _____  Case number, if known _____
                                    MM / DD / YYYY

**11.  Do you rent your residence?**

- ☐ No.  Go to line 12.
- ☑ Yes.  Has your landlord obtained an eviction judgment against you?  (Pending Case) No Judgement yet
      - ☑ No. Go to line 12.
      - ☐ Yes. Fill out Initial Statement About an Eviction Judgment Against You (Form 101A) and file it as part of this bankruptcy petition.

---

Debtor 1    *Stacey Janine Edmonds*                    Case number (if known)_____
First Name    Middle Name    Last Name

| Part 3: | Report About Any Businesses You Own as a Sole Proprietor |

**12. Are you a sole proprietor of any full- or part-time business?**

A sole proprietorship is a business you operate as an individual, and is not a separate legal entity such as a corporation, partnership, or LLC.

If you have more than one sole proprietorship, use a separate sheet and attach it to this petition.

☑ No. Go to Part 4.

☐ Yes. Name and location of business

_____
Name of business, if any

_____
Number     Street

_____

_____
City                                State      ZIP Code

*Check the appropriate box to describe your business:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☑ None of the above

**13. Are you filing under Chapter 11 of the Bankruptcy Code, and are you a *small business debtor* or a debtor as defined by 11 U.S.C. § 1182(1)?**

For a definition of *small business debtor*, see 11 U.S.C. § 101(51D).

*If you are filing under Chapter 11, the court must know whether you are a small business debtor or a debtor choosing to proceed under Subchapter V so that it can set appropriate deadlines. If you indicate that you are a small business debtor or you are choosing to proceed under Subchapter V, you must attach your most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).*

☐ No.  I am not filing under Chapter 11.

☐ No.  I am filing under Chapter 11, but I am NOT a small business debtor according to the definition in the Bankruptcy Code.

☐ Yes. I am filing under Chapter 11, I am a small business debtor according to the definition in the Bankruptcy Code, and I do not choose to proceed under Subchapter V of Chapter 11.

☐ Yes. I am filing under Chapter 11, I am a debtor according to the definition in § 1182(1) of the Bankruptcy Code, and I choose to proceed under Subchapter V of Chapter 11.

Debtor 1   Stacey Janine Edmonds                    Case number (*if known*)_____

First Name   Middle Name   Last Name

---

**Part 4:**   **Report if You Own or Have Any Hazardous Property or Any Property That Needs Immediate Attention**

14. **Do you own or have any property that poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety? Or do you own any property that needs immediate attention?**

   ☑ No
   ☐ Yes.   What is the hazard?   _____

   _____

   *For example, do you own perishable goods, or livestock that must be fed, or a building that needs urgent repairs?*

   If immediate attention is needed, why is it needed?   _____

   _____

   Where is the property?   _____
   Number        Street

   _____

   _____
   City                          State      ZIP Code

Debtor 1  _Stacey Janine Edmonds_
    First Name    Middle Name    Last Name

Case number (*if known*) _____

---

**Part 5:    Explain Your Efforts to Receive a Briefing About Credit Counseling**

**15. Tell the court whether you have received a briefing about credit counseling.**

The law requires that you receive a briefing about credit counseling before you file for bankruptcy. You must truthfully check one of the following choices. If you cannot do so, you are not eligible to file.

If you file anyway, the court can dismiss your case, you will lose whatever filing fee you paid, and your creditors can begin collection activities again.

**About Debtor 1:**

*You must check one:*

☑ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, and I received a certificate of completion.**

Attach a copy of the certificate and the payment plan, if any, that you developed with the agency.

☐ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, but I do not have a certificate of completion.**

Within 14 days after you file this bankruptcy petition, you MUST file a copy of the certificate and payment plan, if any.

☐ **I certify that I asked for credit counseling services from an approved agency, but was unable to obtain those services during the 7 days after I made my request, and exigent circumstances merit a 30-day temporary waiver of the requirement.**

To ask for a 30-day temporary waiver of the requirement, attach a separate sheet explaining what efforts you made to obtain the briefing, why you were unable to obtain it before you filed for bankruptcy, and what exigent circumstances required you to file this case.

Your case may be dismissed if the court is dissatisfied with your reasons for not receiving a briefing before you filed for bankruptcy.

If the court is satisfied with your reasons, you must still receive a briefing within 30 days after you file. You must file a certificate from the approved agency, along with a copy of the payment plan you developed, if any. If you do not do so, your case may be dismissed.

Any extension of the 30-day deadline is granted only for cause and is limited to a maximum of 15 days.

☐ **I am not required to receive a briefing about credit counseling because of:**

  ☐ **Incapacity.** I have a mental illness or a mental deficiency that makes me incapable of realizing or making rational decisions about finances.

  ☐ **Disability.** My physical disability causes me to be unable to participate in a briefing in person, by phone, or through the internet, even after I reasonably tried to do so.

  ☐ **Active duty.** I am currently on active military duty in a military combat zone.

If you believe you are not required to receive a briefing about credit counseling, you must file a motion for waiver of credit counseling with the court.

**About Debtor 2 (Spouse Only in a Joint Case):**

*You must check one:*

☐ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, and I received a certificate of completion.**

Attach a copy of the certificate and the payment plan, if any, that you developed with the agency.

☐ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, but I do not have a certificate of completion.**

Within 14 days after you file this bankruptcy petition, you MUST file a copy of the certificate and payment plan, if any.

☐ **I certify that I asked for credit counseling services from an approved agency, but was unable to obtain those services during the 7 days after I made my request, and exigent circumstances merit a 30-day temporary waiver of the requirement.**

To ask for a 30-day temporary waiver of the requirement, attach a separate sheet explaining what efforts you made to obtain the briefing, why you were unable to obtain it before you filed for bankruptcy, and what exigent circumstances required you to file this case.

Your case may be dismissed if the court is dissatisfied with your reasons for not receiving a briefing before you filed for bankruptcy.

If the court is satisfied with your reasons, you must still receive a briefing within 30 days after you file. You must file a certificate from the approved agency, along with a copy of the payment plan you developed, if any. If you do not do so, your case may be dismissed.

Any extension of the 30-day deadline is granted only for cause and is limited to a maximum of 15 days.

☐ **I am not required to receive a briefing about credit counseling because of:**

  ☐ **Incapacity.** I have a mental illness or a mental deficiency that makes me incapable of realizing or making rational decisions about finances.

  ☐ **Disability.** My physical disability causes me to be unable to participate in a briefing in person, by phone, or through the internet, even after I reasonably tried to do so.

  ☐ **Active duty.** I am currently on active military duty in a military combat zone.

If you believe you are not required to receive a briefing about credit counseling, you must file a motion for waiver of credit counseling with the court.

---

Debtor 1    *Staccy Janine Edmonds*

First Name    Middle Name    Last Name

Case number (if known) _____

## Part 6:    Answer These Questions for Reporting Purposes

**16. What kind of debts do you have?**

**16a. Are your debts primarily consumer debts?** *Consumer debts are defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."*

☐ No. Go to line 16b.
☒ Yes. Go to line 17.

**16b. Are your debts primarily business debts?** *Business debts are debts that you incurred to obtain money for a business or investment or through the operation of the business or investment.*

☐ No. Go to line 16c.
☐ Yes. Go to line 17.

16c. State the type of debts you owe that are not consumer debts or business debts.

_____

**17. Are you filing under Chapter 7?**

☐ No. I am not filing under Chapter 7. Go to line 18.

☒ Yes. I am filing under Chapter 7. Do you estimate that after any exempt property is excluded and administrative expenses are paid that funds will be available to distribute to unsecured creditors?

**Do you estimate that after any exempt property is excluded and administrative expenses are paid that funds will be available for distribution to unsecured creditors?**

☒ No
☐ Yes

**18. How many creditors do you estimate that you owe?**

☐ 1-49
☐ 50-99
☒ 100-199
☐ 200-999
☐ 1,000-5,000
☐ 5,001-10,000
☐ 10,001-25,000
☐ 25,001-50,000
☐ 50,001-100,000
☐ More than 100,000

**19. How much do you estimate your assets to be worth?**

☒ $0-$50,000
☐ $50,001-$100,000
☐ $100,001-$500,000
☐ $500,001-$1 million
☐ $1,000,001-$10 million
☐ $10,000,001-$50 million
☐ $50,000,001-$100 million
☐ $100,000,001-$500 million
☐ $500,000,001-$1 billion
☐ $1,000,000,001-$10 billion
☐ $10,000,000,001-$50 billion
☐ More than $50 billion

**20. How much do you estimate your liabilities to be?**

☐ $0-$50,000
☐ $50,001-$100,000
☒ $100,001-$500,000
☐ $500,001-$1 million
☐ $1,000,001-$10 million
☐ $10,000,001-$50 million
☐ $50,000,001-$100 million
☐ $100,000,001-$500 million
☐ $500,000,001-$1 billion
☐ $1,000,000,001-$10 billion
☐ $10,000,000,001-$50 billion
☐ More than $50 billion

## Part 7:    Sign Below

**For you**

I have examined this petition, and I declare under penalty of perjury that the information provided is true and correct.

If I have chosen to file under Chapter 7, I am aware that I may proceed, if eligible, under Chapter 7, 11,12, or 13 of title 11, United States Code. I understand the relief available under each chapter, and I choose to proceed under Chapter 7.

If no attorney represents me and I did not pay or agree to pay someone who is not an attorney to help me fill out this document, I have obtained and read the notice required by 11 U.S.C. § 342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I understand making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

✗ *Staccy J. Edmonds* ✗    _____

Signature of Debtor 1    Signature of Debtor 2

Executed on 01 / 10 / 2022    Executed on _____
MM / DD / YYYY    MM / DD / YYYY

Debtor 1   *Stacey Janine Edmonds*

First Name   Middle Name   Last Name

Case number (*if known*)_____

---

**N/A**

**For your attorney, if you are represented by one**

**If you are not represented by an attorney, you do not need to file this page.**

I, the attorney for the debtor(s) named in this petition, declare that I have informed the debtor(s) about eligibility to proceed under Chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each chapter for which the person is eligible. I also certify that I have delivered to the debtor(s) the notice required by 11 U.S.C. § 342(b) and, in a case in which § 707(b)(4)(D) applies, certify that I have no knowledge after an inquiry that the information in the schedules filed with the petition is incorrect.

✗ _____   Date   _____

Signature of Attorney for Debtor                        MM  /  DD / YYYY

_____

Printed name

_____

Firm name

_____

Number    Street

_____

City                                         State        ZIP Code

Contact phone _____   Email address _____

_____

Bar number                                   State

---

Debtor 1     _Stacey Janine Edmonds_                    Case number *(if known)*_____
    First Name    Middle Name    Last Name

**For you if you are filing this bankruptcy without an attorney**

**If you are represented by an attorney, you do not need to file this page.**

The law allows you, as an individual, to represent yourself in bankruptcy court, but **you should understand that many people find it extremely difficult to represent themselves successfully. Because bankruptcy has long-term financial and legal consequences, you are strongly urged to hire a qualified attorney.**

To be successful, you must correctly file and handle your bankruptcy case. The rules are very technical, and a mistake or inaction may affect your rights. For example, your case may be dismissed because you did not file a required document, pay a fee on time, attend a meeting or hearing, or cooperate with the court, case trustee, U.S. trustee, bankruptcy administrator, or audit firm if your case is selected for audit. If that happens, you could lose your right to file another case, or you may lose protections, including the benefit of the automatic stay.

You must list all your property and debts in the schedules that you are required to file with the court. Even if you plan to pay a particular debt outside of your bankruptcy, you must list that debt in your schedules. If you do not list a debt, the debt may not be discharged. If you do not list property or properly claim it as exempt, you may not be able to keep the property. The judge can also deny you a discharge of all your debts if you do something dishonest in your bankruptcy case, such as destroying or hiding property, falsifying records, or lying. Individual bankruptcy cases are randomly audited to determine if debtors have been accurate, truthful, and complete. **Bankruptcy fraud is a serious crime; you could be fined and imprisoned.**

If you decide to file without an attorney, the court expects you to follow the rules as if you had hired an attorney. The court will not treat you differently because you are filing for yourself. To be successful, you must be familiar with the United States Bankruptcy Code, the Federal Rules of Bankruptcy Procedure, and the local rules of the court in which your case is filed. You must also be familiar with any state exemption laws that apply.

Are you aware that filing for bankruptcy is a serious action with long-term financial and legal consequences?

☐ No
☑ Yes

Are you aware that bankruptcy fraud is a serious crime and that if your bankruptcy forms are inaccurate or incomplete, you could be fined or imprisoned?

☐ No
☑ Yes

Did you pay or agree to pay someone who is not an attorney to help you fill out your bankruptcy forms?

☑ No
☐ Yes. Name of Person_____.
    Attach *Bankruptcy Petition Preparer's Notice, Declaration, and Signature* (Official Form 119).

By signing here, I acknowledge that I understand the risks involved in filing without an attorney. I have read and understood this notice, and I am aware that filing a bankruptcy case without an attorney may cause me to lose my rights or property if I do not properly handle the case.

**✗** _Stacey J. Edmonds_              **✗** _____
  Signature of Debtor 1                                    Signature of Debtor 2

Date  _01/10/2022_                          Date  _____
    MM / DD / YYYY                                    MM / DD / YYYY

Contact phone  _770 912 4331_              Contact phone  _____

Cell phone  _770 912 4331_                  Cell phone  _____

Email address  _Stacey j williams 1/22@ gmail.com_    Email address  _____

Debtor 1   **Stacey Janine Edmonds**                                    Case number *(if known)* _____

---

**Fill in this information to identify your case:**

Debtor 1        **Stacey Janine Edmonds**
                First Name          Middle Name          Last Name

Debtor 2
(Spouse if, filing)    First Name    Middle Name    Last Name

United States Bankruptcy Court for the:    NORTHERN DISTRICT OF GEORGIA

Case number
(if known)       _____

☐ Check if this is an
  amended filing

---

## FORM 101. VOLUNTARY PETITION

### Prior Bankruptcy Cases Filed Attachment

| District | Case Number | Date Filed |
|----------|-------------|------------|
| GANBKE | 4:20-bk-41277 | 8/06/20 |
| GANBKE | 4:19-bk-42286 | 9/30/19 |
| GANBKE | 1:17-bk-70583 | 11/28/17 |
| GANBKE | 4:16-bk-41904 | 8/16/16 |
| GANBKE | 4:16-bk-41197 | 5/20/16 |

24 Bail Bonding Inc.
85 Zena Dr.
Cartersville, GA 30121


A Family Practice Wellness C
309 E Main St
Cartersville, GA 30120


Aarons
935 Joe Frank Harris Pkwy SE
Cartersville, GA 30120


Acceptance Auto Insurance
PO Box 23410
Nashville, TN 37202


Acima Credit fka Simpl
9815 S. Monroe St. Fl 4
Sandy, UT 84070


All Family Finance
35 Beaver Street
Marietta, GA 30060


Amicalola Electric Membership
544 Highway 515 South
Jasper, GA 30143


Armando Pinheiro
5 Penny Lane
Cartersville, GA 30120


Atlanta Allergy & Asthma PA
114 Town Park Drive
STE 240
Kennesaw, GA 30144

ATT Directv
PO Box 5014
Carol Stream, IL 60197


Bank of Missouri
5109 S Broadband Lane
Sioux Falls, SD 57109


Barbour Orthopedics
5505 Roswell Rd
Unit 100
Atlanta, GA 30342


Bartow County Water Department
P.O. Box 850
Cartersville, GA 30120-0850


Blake Scoggins
708 N Tennessee St
Cartersville, GA 30120


Bobby & Katherine Montgomery
103 Fort Smith Court
1454
Waleska, GA 30183


Body Vision
234 N Marble St
Rockmart, GA 30153


Bodyplex
25 Collins Drive
Cartersville, GA 30120


Bond James Bond Inc.
88 Zena Dr.
Cartersville, GA 30121

Capital Asset Recovery
P.O. Box 192585
Dallas, TX 75219


Capital One Bank
P. O. Box 70884
Charlotte, NC 28272-0884


Carmax Auto Finance
PO Box 440609
Kennesaw, GA 30160


Cartersville Medical Center
P.O. Box 740757
Cincinnati, OH 45274


Cartersville Medical Center
PO Box 740757
Cincinnati, OH 45274


CB Indigo
PO Box 4499
Beaverton, OR 97076


CBA of GA Inc
64 Sailors Drive, Ste 102
Ellijay, GA 30540


Charter Communications
PO Box 9001919
Louisville, KY 40290-1919


Charter Communications
1103 S. Hamilton St.
Dalton, GA 30720

Cherokee County Magistrate
90 North St #150
Canton, GA 30114


City of Cartersville
PO Box 1390
Cartersville, GA 30120


City of Cedartown Utilities
201 East Avenue
Cedartown, GA 30125


City of Cedartown Utilities
PO Box 231
Rockmart, GA 30153


Comcast
707 E 1st Street
Rome, GA 30161-3145


Commercial Fire Extinguishers
313 Paris Rd.
Dallas, GA 30132


Country Mutual Insurance
PO Box 2100
Bloomington, IL 61702


Credence Resource Management
PO Box 2300
Southgate, MI 48195


Credit Bureau Associates
112 Ward St
Macon, GA 31204

Creditors Bureau Assoc of GA
112 Ward St.
Macon, GA 31204


Daniel Investment Group
PO Box 3488
Cartersville, GA 30120


Dept of Ed/Navient
123 Justison Street 3rd Floor
Wilmington, DE 19801


Direct Auto Insurance
P.O. Box 89431
Cleveland, OH 44101


Dish Network
PO Box 105169
Atlanta, GA 30348-5169


DPS Recovery, LLC
PO Box 141371
Orlando, FL 32814


Dr. Bruce Bell
530 Hunter St
Rockmart, GA 30153


Equifax
PO Box 740241
Atlanta, GA 30374-0241


Experian
PO Box 9701
Allen, TX 75013-9701

Family Ortho of Georgia
11 Bowens Ct
Cartersville, GA 30120


Family Savings Credit Union
711 E. Meighan Blvd.
Gadsden, AL 35903


First Credit Services
371 Hoes Lane
Suite 300B
Piscataway, NJ 08854


First Premier Bank
3820 N Louise Ave
Sioux Falls, SD 57107-0145


Floyd Emergency Physician
P.O. Box 100201
Rome, GA 30162


Floyd Primary Care
PO Box 1882
Rome, GA 30162


Fox Hills Cash
PO Box 196
Batesland, SD 57716


Georgia Department of Revenue
Bankruptcy Section
PO Box 161108
Atlanta, GA 30321-1108


Georgia Power
96 Annex
Atlanta, GA 30396

Georgia Student Finance Auth.
2082 E Exchange Pl
Tucker, GA 30084


Harbin Clinic
Attn: #18710M
P.O. Box 14000
Belfast, ME 04915


Harbin Clinic
PO Box 848290
Boston, MA 02284


Harbin Clinic, LLC
PO Box 18710
Belfast, ME 04915-4082


Harpeth Financial Services
100 Oceanside Drive
Nashville, TN 37204


I C System Inc.
PO Box 64378
Saint Paul, MN 55164


I.C. Systems, Inc.
P.O. Box 64378
Saint Paul, MN 55164


Insuremax
PO Box 723128
Atlanta, GA 31193


Internal Revenue Service
PO Box 7346
Philadelphia, PA 19101-7346

Jason Ferguson
PO Box 887
Fortson, GA 31808


Jefferson Capital
P.O. Box 105667
Atlanta, GA 30348-5667


Kaiser Permanente
P.O. Box 403055
Atlanta, GA 30384-3055


Keneolisa Charities
Attn: Felicia Amanambu
4 S. Tennessee ST., Ste. 108
Cartersville, GA 30120


Lake Arrowhead Utility Co
2421 Lake Arrowhead Dr
Waleska, GA 30183


Lew Land Investments LLC
PO Box 676
Rockmart, GA 30153


Markcorp Property Management
5655 Lake Acworth Drive
STE 240
Acworth, GA 30101


Martin's Garage & Wrecker Serv
722 Joe Frank Harris Pkwy
Cartersville, GA 30120


Medicredit
PO Box 411187
Saint Louis, MO 63141-3187

Midland Credit Management
8875 Aero Drive
San Diego, CA 92123


Midland Funding
8875 Aero Drive STE 200
San Diego, CA 92123


Midwest Recovery Systems
2747 W Clay St Ste A
Saint Charles, MO 63301


Nationwide Recovery Serv
545 W Inman St
Cleveland, TN 37311


Nationwide Recovery Service
PO Box 1015
Cleveland, TN 37364


NPAS
PO Box 99587
Louisville, KY 40269


NPRTO Georgia, LLC
256 West Data Drive
Draper, UT 84020


Ohio Valley Health Services
2000 Eoff St
Wheeling, WV 26003


Paulding County Magistrate
290 Constitution Blvd
FIrst Floor
Dallas, GA 30132

Penn Credit
2800 Commerce Dr.
P.O. Box 69703
Harrisburg, PA 17106


Planet Fitness
3161 Cobb Pkwy
Kennesaw, GA 30152


Polk County Magistrate Court
102 Prior Street
Suite 203
Cedartown, GA 30125


Prime Storage
9088 Dallas Acworth Hwy
Dallas, GA 30132


Primerica Life Insurance Co
3120 Breckinridge Blvd
Duluth, GA 30099-0001


Prime Storage - Cartersville
1340 Joe Frank Harris Pkwy.
Cartersville, GA 30120


Progressive Leasing
256 W Data Dr
Draper, UT 84020


Rent-A-Center
423 E Main Street
Cartersville, GA 30121-3349


Rental Property Management
PO Box 543
Dallas, GA 30132

Revenue Recovery
P.O. Box 105537
Bin 80002
Atlanta, GA 30348

Rockmart Health ~~St~~ *St*
528 Hunter St
Rockmart, GA 30153

Scana Energy Marketing
3344 Peachtree Rd NE
STE 2150
Atlanta, GA 30326

Security Finance Corp
PO Box 3146
Spartanburg, SC 29304

Sequium Asset Solutions LLC
1130 Northchase Parkway
Ste 150
Marietta, GA 30067

Seven Hill Rentals
FKA JFR Realty
176 2nd St.
Rome, GA 30161

Six Flags Over Georgia
2200 Nothern Blvd
Suite 110
Greenvale, NY 11548

Southcrest Bank NA
1475 Peachtree St NE Ste 200
Atlanta, GA 30309

Southeast Pathology Associates
311 W 8th St
Rome, GA 30165-2723


Southwest Credit Systems, L.P.
4120 International Pkwy
STE 1100
Carrollton, TX 75007-1958


Spectrum
1174 N Main St
Cedartown, GA 30125


Steven & Carrie King
708 N Tennessee St
Cartersville, GA 30120


Storage Key
1310 U.S. 411
Cartersville, GA 30120


Success Realty
95 Glenn Hull Rd
Hull, GA 30646


Suntrust Bank
PO Box 85024
Richmond, VA 23285-5024


TBOM/Milestone
PO Box 4499
Beaverton, OR 97076


TBOM/Total Visa
PO Box 85710
Sioux Falls, SD 57118

The Bank of Missouri
5109 S Broadband L
Sioux Falls, SD 57109

The CBE Group
PO Box 126
Waterloo, IA 50704

Trans Union
PO Box 1000
Chester, PA 19022

U-Haul
P.O. Box 21501
Phoenix, AZ 85036

Unique Piece
101 Greystone Power Blvd
Dallas, GA 30157

Verizon Wireless
3 Verizon Plaza
Alpharetta, GA 30004-8510

Verve
PO Box 8099
Newark, DE 19714-8099

W.S. Badcock Corp.
PO Box 1034
Mulberry, FL 33860

Warren Edmonds
5 Penny Lane
Cartersville, GA 30120

Webbank/Freshstart
6250 Ridgewood Rd
Saint Cloud, MN 56303

Woods Brokerage
410 Broad Street
Rome, GA 30161

World Finance Co
108 Frederick St
Greenville, SC 29607

Xfinity
PO Box 2127
Norcross, GA 30091-2127

Allen Hinkle
PO Box 753
Cartersville GA 30120

Law Office of Jeffrey B. Kelly PC
107 E. 5th Avenue
Rome GA 30161

Envision Physician Services
1A Burton Hills Blvd
Nashville TN 37215

Carlo A. Oller MD
960 Joe Frank Harris Pkwy SE
Cartersville GA 30120

U. S. BANKRUPTCY COURT / NORTHERN DISTRICT OF GEORGIA / ROME DIVISION

RECEIPT #00174465 (CF) OF 01/10/2022

| ITEM | CODE | CASE | QUANTITY | AMOUNT | BY |
|------|------|------|----------|--------|-----|
| 1 | 7IN | 22-40028 | 1 | $ 0.00 | Currency |
| | | Judge  - unknown at time of receipt | | | |
| | | Debtor - STACEY JANINE EDMONDS | | | |

TOTAL:                                              $ 0.00

FROM: Stacey Janine Edmonds
      PO Box 753
      Cartersville, GA 30120

**22-40028**

| Case Number: | Name: *Edmonds* | Chapter: 7 |
|---|---|---|

Please submit the following original documents to the Court for filing so that the case will proceed timely. If you would like to have a filed-stamped copy of the documents, please submit an extra copy along with a self-addressed stamped envelope.

☑ **Individual - Series 100 Forms**                                    ☐ **Non-Individual - Series 200 Forms**

**MISSING DOCUMENTS DUE WITHIN 7 DAYS**
☐ Complete List of Creditors (names and addresses of all creditors)
☐ Pro Se Affidavit (**due within 7 days**, signature must be **notarized,**
**or witnessed** by a Court Intake Clerk, accompanied by a picture I.D.)
☐ Signed Statement of SSN (**due within 7 days**)

**MISSING DOCUMENTS DUE WITHIN 14 DAYS**
☑ Statement of Financial Affairs
☑ Schedules: A/B  C  D  E/ F  G  H  I  J  ☐ J-2 (*different address for Debtor 2*)
☑ Summary of Assets and Liabilities
☑ Declaration About Debtor(s) Schedules
☐ Attorney Disclosure of Compensation
☐ Petition Preparer's Notice, Declaration and Signature (*Form 119*)
☐ Disclosure of Compensation of Petition Preparer (*Form 2800*)
☐ Chapter 13 Current Monthly Income
☑ Chapter 7 Current Monthly Income
☐ Chapter 11 Current Monthly Income
☐ Certificate of Credit Counseling (*Individuals only*)
☐ Pay Advices (*Individuals only*) (2 Months)
☐ Chapter 13 Plan, complete with signatures (*local form*)
☐ Corporate Resolution (*Business Ch. 7 & 11*)

**Ch.11 Business**
☐ 20 Largest Unsecured Creditors
☐ List of Equity Security Holders
☐ Small Business - Balance Sheet
☐ Small Business - Statement of Operations
☐ Small Business - Cash Flow Statement
☐ Small Business - Federal Tax Returns

**MISSING DOCUMENTS DUE WITHIN 30 DAYS**
☑ Statement of Intent – Ch. 7 (*Individuals only*)

**Petition Deficiencies:**
☐ Last 4 digits of SSN
☐ Address   ☐ County
☐ Type of Debtor
☐ Chapter
☐ Nature of Debts
☐ Statistical Estimates
☐ Venue
☐ Attorney Bar Number

**Case filed via:**
☑ Intake Counter by:
   ☐ Attorney
   ☑ Debtor - verified ID
   ☐ Other - copy of ID:

☐ Mailed by:
   ☐ Attorney
   ☐ Debtor
   ☐ Other: _____

**History of Case Association**

Prior cases within 2 years:

Signature: *Stacey J. Edmonds*
Acknowledgment of receipt of check list

---

Official and Local Bankruptcy Forms are available on the Court's website at: www.ganb.uscourts.gov. If filing bankruptcy without an attorney, please read the information regarding *Filing Bankruptcy without an Attorney* at: www.uscourts.gov/services-forms/bankruptcy/filing-without-attorney.

**FILING FEE INFORMATION** - if the required filing fees are not paid in full at the time of case filing, an Order will be forthcoming:
☑ Paid $ 0   ☐ **2g-Order Granting**   ☐ **3g-Order Granting 10-day** (initial payment of $_____ due within 10 days)
☐ **2d-Order Denying** with filing fee of $_____ due within **10 days**   ☑ IFP filed (Ch.7 Individuals Only)
☐ No Application to Pay in Installments, Order Regarding Unpaid Case Filing Fee.

You may mail documents and filing fee payments (no personal checks accepted - cashier's check or money orders only) to the address below.
All fee payments and documents filed with the Court must show the debtor's name and bankruptcy case number.
**\*\*Failure to Comply may result in the dismissal of your case.\*\***
UNITED STATES BANKRUPTCY COURT
75 Ted Turner Drive, SW, Room 1340
Atlanta, Georgia 30303
404-215-1000

| Intake Clerk: | Date: ~~12/3/20~~ 1/10/22 | Case Opener: 1/10/22 | Date: |