**IT IS ORDERED as set forth below:**



**Date: March 3, 2022**

_____

**Paul W. Bonapfel**
**U.S. Bankruptcy Court Judge**

_____

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ROME DIVISION**

| | |
|---|---|
| IN RE: | CASE NO. 22-40028-pwb |
| Stacey Janine Edmonds, | |
| Debtor. | CHAPTER 7 |

**ORDER GRANTING APPLICATION TO HAVE CHAPTER 7 FILING FEE WAIVED**

Upon consideration of Debtor's Application to Have the Chapter 7 Filing Fee Waived [Doc. 6], it is hereby

**ORDERED** that the Application is *granted*; however, this Order is subject to being vacated at a later time if developments in the administration of this case demonstrate that the waiver was unwarranted.

The Clerk is directed to serve a copy of this Order upon Debtor and the Chapter 7 Trustee.

**END OF ORDER**

United States Bankruptcy Court

Northern District of Georgia

| | |
|---|---|
| In re: | Case No. 22-40028-pwb |
| Stacey Janine Edmonds | Chapter 7 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 113E-6 | User: bncadmin | Page 1 of 1 |
| Date Rcvd: Mar 03, 2022 | Form ID: pdf599 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol      Definition**

\+            Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 05, 2022:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Stacey Janine Edmonds, PO Box 753, Cartersville, GA 30120-0753 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 05, 2022                    Signature:        /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 3, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Office of the United States Trustee | ustpregion21.at.ecf@usdoj.gov |
| Thomas D. Richardson | trichardson@brinson-askew.com tdr@trustesolutions.net;Tdr82454@gmail.com;ctdr11@trustesolutions.net |

TOTAL: 2